UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRUSTEES OF INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL 711 HEALTH & WELFARE FUND, VACATION FUND, AND PAINTERS DISTRICT COUNCIL 711 FINISHING TRADES INSTITUTE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> IMPACT STOREFRONT DESIGNS LIMITED LIABILITY COMPANY, <br><br> Defendant. | Case No. 2:22-cv-00667 (BRM)(JSA) <br><br> **ORDER ON DEFAULT JUDGMENT** |

**THIS MATTER** is before the Court on a motion (ECF No. 43) by Plaintiff Trustees of International Union of Painters and Allied Trades District Council 711 Health & Welfare, *et. al.* (the "Funds") and Plaintiff International Union of Painters and Allied Trades District Council 711 (the "DC 711 Union") (together with the Funds, "Plaintiffs") for default judgment against defendant Impact Storefront Designs Limited Liability Company ("Impact"), ordering Impact to pay $97,102.48, inclusive of interest, liquidated damages, and attorneys' fees. Having reviewed the submissions filed in connection with the motion and having declined to hold oral argument pursuant to Fed. R. Civ. P. 78(b), for the reasons set forth in the accompanying opinion and for good cause appearing,

**IT IS** on this 20th day of December 2023,

**ORDERED** that Plaintiffs' motion for default judgment (ECF No. 43) is **GRANTED**; and it is further

1

**ORDERED** that judgment is entered in favor of Plaintiffs in the amount of $97,102.48, which is comprised of:

1. Audit and discrepancy delinquencies, interest, and liquidated damages in the amount of $86,025.98

2. Attorneys' fees in the amount of $10,594.50

3. Costs in the amount of $482.00

and it is further

**ORDERED** that this Court will retain jurisdiction over the enforcement and litigation of this matter.

*/s/ Brian R. Martinotti*
**HON. BRIAN R. MARTINOTTI**
**UNITED STATES DISTRICT JUDGE**